■ SAM B. WEINBERGER et al., Doing Business as WEINLAND ASSOCIATES, Respondents, v JESSICA LECH et al., Appellants. — In an action, inter alia, to enforce a stipulation, defendants appeal from (1) a judgment of the Supreme Court, Rockland County (Gurahian, J.), dated March 27, 1980, which, inter alia, held that the stipulation was binding on the parties and (2) a further judgment of the same court (Kelly, J.), dated March 10, 1981, which awarded plaintiff damages. Judgments affirmed, with one bill of costs. Since defendants failed to sign the lease as agreed in the stipulation, the damages were for use, occupation and consequential damages rather than for rent. Gibbons, J. P., Weinstein, Gulotta and Thompson, JJ., concur.

■ In the Matter of ALBERT A. FRANKEL, Appellant, v CITY OF NEW YORK, DEPARTMENT OF HOUSING PRESERVATION, Respondent. — In a proceeding pursuant to CPLR article 78, inter alia, to prohibit respondent from enforcing noticed violations of the New York City Housing Maintenance Code, the appeal is from a judgment of the Supreme Court, Queens County, entered May 18, 1981, which dismissed the petition. Judgment affirmed, without costs or disbursements, for the reasons stated in the opinion of Justice Hyman at Special Term (Matter of Frankel v City of New York, Dept. of Housing Preservation, 108 Misc 2d 661). Lazer, J. P., Mangano, Gibbons and Weinstein, JJ., concur.